# TEXAS COURT OF APPEALS, THIRD DISTRICT, AT AUSTIN

## NO. 03-15-00678-CV

**In re Harold Curtis Biddie**

### ORIGINAL PROCEEDING FROM BASTROP COUNTY

## M E M O R A N D U M   O P I N I O N

The petition for writ of mandamus is denied.[1]

Bob Pemberton, Justice

Before Chief Justice Rose, Justices Pemberton and Field

Filed:   October 29, 2015

---

[1] *See* Tex. R. App. P. 52.8(a).